PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 1:06-CR-097-01-TWT |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 2:14-cr-159 PCE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Reid<br>Last Known Address:<br>1874 Forest Village Lane, Apt. B.<br>Columbus, Ohio 43229 | Northern District of Georgia | Atlanta |
| | NAME OF SENTENCING JUDGE<br>Honorable Thomas W. Thrash, Jr. | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>May 2, 2012 — TO<br>May 1, 2016 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute, 21 U.S.C. §§ 841(b)(1)(B)(I) and 846
Possession with Intent to Distribute and Distribution of Heroin, 21 U.S.C. §§ 841(a) and 841(b)(1)(B)(I) and 18 U.S.C. § 2.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Georgia

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/8/14
Date

*Thomas W. Thrash*
Honorable Thomas W. Thrash, Jr.
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

Honorable
United States District Judge